## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anthony Fecarotta

                                  Plaintiff,

v.                                           Case No.: 1:22–cv–02262
                                                   Honorable Martha M. Pacold

Covenant Transport, Inc., et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation to Dismiss [25], this case is hereby dismissed with prejudice with each side to bear their own costs and fees, including all attorney's fees. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.